## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

Anthony Cano,

Plaintiff(s),

v.

Sgt. Gryigel, et al.,

Defendant(s).

Case No.  18 C 50222
Judge  Philip G. Reinhard

## ORDER

For the reasons stated in the attached Memorandum Opinion and Order, the court grants defendant Watson's motion for summary judgment [85] as well as the IDOC defendants' motion for summary judgment [105]. Plaintiff's request for a status update [117] is denied as moot in light of this ruling. Final judgment will be entered.

(Attachment)

Date:  8/31/2021

_Philip G. Reinhard_

Philip G. Reinhard
United States District Court